NUMBERS 13-04-263-CR and 13-04-264-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

JOE JUAN GARCIA,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
__________________________________________________________________

On appeal from the 105th District Court of Nueces County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam

         Appellant, JOE JUAN GARCIA, attempts to appeal his convictions for
possession of cocaine and possession of a controlled substance. The trial court has
certified that “the defendant has waived the right of appeal.” See Tex. R. App. P.
25.2(a)(2).
         On July 2, 2004 and July 9, 2004, this Court notified appellant’s counsel of the
trial court’s certifications and ordered counsel to: (1) review the records; (2) determine
whether appellant has a right to appeal; and (3) forward to this Court, by letter,
counsel’s findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certifications.
         On August 25, 2004, counsel filed letter briefs with this Court. Counsel’s
responses fail to establish either that the certifications currently on file with this Court
are incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, these appeals are dismissed. Any pending motions are denied as moot.
 
                                                                                 PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed 
this the 31st day of August, 2004.